**No. 39016.**—Protests 128937–G, etc., of Mills & Gibb Corp. (New York).

Opinion by Tilson, J. From the record certain handkerchiefs were held dutiable at 75 percent under paragraph 1430 on the authority of *Pustet* v. *United States*

# 342

(13 Ct. Cust. Appls. 530, T. D. 41396) and articles in chief value of cellulose filaments similar to those involved in Abstract 37230 were held dutiable at 60 percent under paragraph 31.